UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ALBERT BUSTILLOS,**

      **Plaintiff,**

v.                                           No. 2:20-cv-01060-SMV-GJF

**THE CITY OF ARTESIA and OFFICER
DAVID BAILEY,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2021, I caused *Defendant City of Artesia's First Set of Interrogatories to Plaintiff* and *Defendant City of Artesia's First Requests for Production of Documents and Things to Plaintiff* to be e-mailed at the firm of Atwood, Malone, Turner & Sabin, P.A., addressed to Joseph P. Kennedy, Esquire and Adam C. Flores, Esquire, Kennedy, Kennedy & Ives, P.C., jpk@civilrightslaw.com and acf@civilrightslaw.com, Attorneys for Plaintiff.

                                                ATWOOD, MALONE, TURNER & SABIN, P.A.

                                                By  **Electronically Filed on 04/05/21**
                                                      Bryan Evans
                                                     K. Renee Gantert
                                                     P.O. Drawer 700
                                                     Roswell, NM 88202-0700
                                                     (575) 622-6221
                                                *Attorneys for Defendants*

I HEREBY CERTIFY that on April 5, 2021, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing*.

*Electronically Filed on 04/05/21*
Bryan Evans