IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALBERT BUSTILLOS,**

      **Plaintiff,**

vs.                                                       **20-CV-01060-JCH/GJF**

**THE CITY OF ARTESIA and
OFFICER DAVID BAILEY,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that *Plaintiff's Answers to Defendant City of Artesia's First Set of Interrogatories to Plaintiff*, *Plaintiff's Responses to Defendant City of Artesia's First Set of Requests for Production of Documents and Things to Plaintiff*, and a copy of this *Certificate of Service* were sent on May 5, 2021 via electronic mail only to:

ATWOD, MALONE, TURNER & SABIN, P.A.
Bryan Evans
K. Renee Gantert
bevans@atwoodmalone.com
rgantert@atwoodmalone.com

                                                     Respectfully Submitted,

                                                     **KENNEDY LAW, PC**

                                                     ***/s/ Joseph P. Kennedy***
                                                     Joseph P. Kennedy
                                                     *Attorneys for Plaintiff*
                                                     1000 2nd Street NW
                                                     Albuquerque, NM 87102
                                                     (505) 244-1400 / F: 505-244-1406
                                                     jpk@civilrightslaw.com

2

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties of record on the day of its filing via the CM/ECF electronic filing system.

***/s/ Joseph P. Kennedy***
Joseph P. Kennedy