IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


ALBERT BUSTILLOS,

Plaintiff,


-vs-                          NO:  2:20-CV-010600JCH-GJF


THE CITY OF ARTESIA and OFFICER DAVID BAILEY

Defendants.



DEPOSITION OF ALBERT BUSTILLOS

APRIL 27, 2021
1:30 P.M.
400 NORTH PENNSYLVANIA
ROSWELL, NEW MEXICO



PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:  BRYAN EVANS, ESQ.
           ATTORNEY FOR DEFENDANTS

REPORTED BY:  Lorena H. Romero
              CCR #184
              Romero Reporting, Inc.
              P.O. Box 50
              Picacho, New Mexico  88343

1     A.    No.  It's on my YouTube channel -- my

2   video, if it doesn't come up right away, it's up on

3   my channel.  And if anybody goes to YouTube and

4   types in WIPP, Carlsbad, New Mexico, something to

5   that effect, my video, if it doesn't come up

6   immediately it will come up eventually, and if

7   people see it and they like what they see, they can

8   go to my channel and contact me.  But I don't have

9   it advertised for sale.  It's just there and it's

10  got views, you know, people watched it, they liked

11  it, they enjoyed it, you know.

12     Q.    Okay.  Who did you intend to be the people

13  to see your video?

14     A.    Anyone in the world that wants to watch it

15  with any interest.

16     Q.    Who were you hoping would watch it?

17     A.    Anyone in the world.  If they've got an

18  interest and they wanted to watch it, there it is.

19     Q.    You didn't have any kind of a target

20  audience in mind?

21     A.    No.  All of my videos are intended to be

22  seen by anyone and everyone.  The same way KRQ news

23  is.  They turn on the news, they watch it, it's

24  there.

25     Q.    You consider yourself to be an auditor, is

1      that correct?

2           A.      No.

3           Q.      You don't?

4           A.      I'm a cop watcher, not an auditor.

5           Q.      Okay.

6           A.      I have done audits but any time that I'm

7      in public with a camera, I consider that an audit

8      because if I'm out there recording I'm hoping that

9      any government agency or any government official is

10     going to respect my right to record in public.  So I

11     consider that an audit no matter if I'm out actually

12     conducting an audit.  If I'm out there with the

13     camera I consider that an audit.  But I don't

14     consider myself an auditor.  I'm a cop watcher.  I'm

15     a First Amendment activist, I'm a constitutionalist.

16          Q.      What's a cop watcher?

17          A.      Film the -- record the police, make sure

18     they don't violate peoples' rights, you know.  We

19     can't always depend on their body cameras.  We've

20     got an unbiased opinion -- point of view.

21          Q.      Okay.

22          A.      People, you know.

23          Q.      And you consider yourself a cop watcher?

24          A.      Yes.

25          Q.      Okay.  What's the difference between a cop

```
 1       Q.     How many videos do you think are on your
 2  channel right now in total?
 3       A.     You know, I'm not even sure.
 4       Q.     What's your best guess?
 5       A.     I don't know.
 6       Q.     Looks like there's over a hundred?
 7       A.     Yeah, I think over a hundred.
 8       Q.     How did you come up with the Stray Dog the
 9  Exposer name?
10              MR. KENNEDY:  Hey, can we take a
11  break?
12              MR. EVANS:   This is the last question
13  before break?
14              MR. KENNEDY:  How did you come up
15  with Stray Dog?  What's that got to do with this
16  litigation?
17              MR. EVANS:  I'm just curious.  How
18  did you come up with that name?
19              MR. KENNEDY:  Your curious?  Curious
20  is not relevancy and doesn't lead to relevant
21  evidence.
22       Q.     Go ahead.
23       A.     What do you want me to do?
24              MR. KENNEDY:  Go ahead and answer,
25  Albert.  Answer.
```

```
 1                    THE WITNESS:   Okay.   I like to expose
 2   tyranny.   Corruption.
 3        Q.      By bad cops?
 4        A.      Government officials.   And that includes
 5   cops.   So it doesn't matter if you're a cop or mayor
 6   or whoever, if you're wrong and I catch you, that's
 7   what it is, I'm going to expose you.
 8        Q.      Where does the Stray Dog part come from?
 9        A.      Because I'm like a stray dog, I answer to
10   any name, I come and go as I please and I pee where
11   I want.
12        Q.      And that's a good place to take a break.
13   We'll call you back in a few, Joe.
14                 (Short break, 5:47 to 6:15.)
15        Q.      (By Mr. Evans)   Mr. Bustillos, do you
16   post any of your videos to any other YouTube
17   channels besides Stray Dog the Exposer?
18        A.      SDTE News.
19        Q.      SDTE News?
20        A.      Yes.
21        Q.      What does SDTE stand for?
22        A.      Stray Dog the Exposer News.
23        Q.      Makes sense.   Any other YouTube channels
24   besides that?
25        A.      That's my business right there.
```

```
 1      Q.    Do you use Instagram?

 2      A.    No.

 3      Q.    Have you ever?

 4      A.    No.

 5      Q.    Do you use Snapchat?

 6      A.    No.  Snapchat?  Do I?  No, I don't.

 7      Q.    Do you use any other social media accounts

 8 besides those listed?

 9      A.    I don't think so.

10      Q.    Other than --

11      A.    I'm sorry, Twitter.

12      Q.    And I didn't even ask that.  What's your

13 user name or handle on Twitter?

14      A.    Stray Dog the Exposer I guess.  I'm not

15 really sure.  I don't use it, I just know I have an

16 account there so.  I have used it like a long time

17 ago, it's just there.

18      Q.    All right.  Other than income that you've

19 gotten from YouTube for your videos, other than

20 that, have you ever sold any of your videos?

21      A.    Not yet.

22      Q.    Have any of your videos ever been used by

23 any kind of a news station or news website?

24      A.    The last time I was too late so no.

25      Q.    What do you mean the last time you were
```

Romero Reporting
575-653-4645