**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**ALBERT BUSTILLOS,**

            **Plaintiff,**

**v.**                                                              **No. 2:20-cv-01060-JCH-GJF**

**THE CITY OF ARTESIA and OFFICER**
**DAVID BAILEY,**

            **Defendants.**

**NOTICE OF LODGING**

        COME NOW Defendants, by and through their attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans and K. Renee Gantert and serve this Notice that, pursuant to the *United States District Court District of New Mexico CM/ECF Administrative Procedures Manual*, §(9)(g)(4), on August 24, 2021, Defendants sent a CD-R entitled "Exhibit 1", a CD-R entitled "Exhibit 3"; and a CD-R entitled "Exhibit 4" to the clerk of the court at the U.S. District Court, District of New Mexico,100 N. Church Street, Suite 280, Las Cruces, NM, 88001, to place the CD-Rs in the records and to be made an official part of the record as Exhibit 1, Exhibit 3, and Exhibit 4 to the *Reply in Support of Motion for Summary Judgment* [Doc. 31].  Defendants also state that a courtesy copy has been mailed to all parties of record.

Respectfully Submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.


By   **Electronically Filed on 08/24/21**
      Bryan Evans
      K. Renee Gantert
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
      *Attorneys for Defendants*


I HEREBY CERTIFY that on August 24, 2021, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


*Electronically Filed on 08/24/21*
Bryan Evans