IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBERT BUSTILLOS,

    Plaintiff,

v.                                                No. 20-CV-1060-JCH-GJF

THE CITY OF ARTESIA, and
OFFICER DAVID BAILEY,

    Defendants.

## NOTICE OF RULE 1-041(A)(1)(b) VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO DEFENDANT OFFICER DAVID BAILEY

Plaintiff Albert Bustillos, by and through his attorney, The Kennedy Law Firm, P.C. (Joseph P. Kennedy), and pursuant to Rule 1-041(A)(1)(b) NMRA hereby notifies this Court of the dismissal of Plaintiff's Complaint for the Violation of Civil Rights (filed September 11, 2020), with prejudice as to Defendant Officer David Bailey. Both parties stipulate the dismissal with prejudice of Defendant Officer David Bailey.

    Respectfully Submitted,

    **THE KENNEDY LAW FIRM, P.C.**

    */s/ Joseph P. Kennedy*
    Joseph P. Kennedy
    *Attorney for Plaintiff*
    P.O. Box 26776
    Albuquerque, NM 87125-6776
    P: 505-244-1400 / F: 505-244-1406
    jpk@civilrightslaw.com

## CERTIFICATE OF SERVICE

I HEREBYCERTIFY that on the day of its filing a copy of the foregoing was served upon all counsel of record via the Pacer system.

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy