UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ALBERT BUSTILLOS,**

      **Plaintiff,**

v.                                        No. 2:20-cv-01060-JCH-GJF

**THE CITY OF ARTESIA,**

      **Defendant.**

**MOTION TO DISMISS
PLAINTIFF'S COMPLAINT WITH PREJUDICE**

    COMES NOW Plaintiff and moves to dismiss his Complaint with prejudice and as grounds therefore states that there has been an amicable settlement between the parties of all claims, causes of action and differences.

    DATED this 21st day of August, 2024.

                                                       KENNEDY, KENNEDY & IVES, P.C.

                                                   By **Electronically Approved on 08/21/24**
                                                           Joseph P. Kennedy
                                                           1000 2nd St., N.W.
                                                           Albuquerque, NM 87102
                                                           (505) 244-1400
                                                      *Attorneys for Plaintiff*

I HEREBY CERTIFY that on August 21, 2024, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing.*

*Electronically Filed on 08/21/24*
Bryan Evans