**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**ALBERT BUSTILLOS,**

    **Plaintiff,**

v.                                           No. 2:20-cv-01060-JCH-GJF

**THE CITY OF ARTESIA,**

    **Defendant.**

## ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER came before the Court upon the Motion of Plaintiff to dismiss his Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

_____
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED:

KENNEDY, KENNEDY & IVES, P.C.

By **Electronically Approved on 08/21/24 /s/ Joseph P. Kennedy**
    Joseph P. Kennedy
    1000 2nd St., N.W.
    Albuquerque, NM 87102
    (505) 244-1400
*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Submitted on 08/21/24 /s/ Bryan Evans**
    Bryan Evans
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendant*